UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, | ) Consolidated Civil Action<br>) Case No. 2:14-cv-1725 |
| Appellant, | ) Appeal from Bkr. Case No. 13-13653 (DHS) |
| v. | ) Motion Day: July 21, 2014 |
| 710 LONG RIDGE ROAD OPERATING CO. II, LLC, *et al.*, | |
| Appellees. | |

## ORDER GRANTING NLRB'S MOTION TO SEAL ITS MEMORANDUM OF LAW AND EXHIBIT IN OPPOSITION TO DEBTORS' MOTION TO DISMISS APPEALS AS EQUITABLY MOOT

The National Labor Relation Board (NLRB) has moved to seal its Memorandum of Law in Opposition to Debtors' Motion to Dismiss Appeals as Equitably Moot (Memo in Opposition) and Exhibit pursuant to Local Civil Rule 5.3.

Pursuant to Local Civil Rule 5.3, THE COURT HEREBY FINDS that:

1) The NLRB has sufficiently described the nature of the materials at issue;

2) The NLRB has identified legitimate public and private interests that warrant the relief sought;

3) The NLRB has clearly defined a serious injury that would result if the order is not granted; and

4) There is no less restrictive alternative available other than the relief sought.

Accordingly, THE COURT HEREBY CONCLUDES that sealing the submitted Memorandum in Opposition and Exhibit is appropriate and necessary; and hereby ORDERS that the Memorandum in Opposition and Exhibit shall be filed under seal, with access limited to the Court and counsel.

IT IS SO ORDERED.

BY THE COURT:

_____
Hon. Claire C. Cecchi
United States District Judge

Dated: July 15, 2014