**MORRIS, MANNING & MARTIN, LLP**
Bonnie Hochman Rothell, Esq. (*pro hac vice* pending)
1401 Eye St., N.W., Suite 600
Washington, D.C. 20005
Phone: (202) 408-5153
Email: bhrothell@mmmlaw.com

Counsel for Housing & Healthcare Finance,
LLC and Heartland Bank, a Federal Savings
Bank, Appellees

**OLENDERFELDMAN LLP**
Howard A. Matalon, Esq. (HM 5503)
422 Morris Avenue
Summit, N.J. 07901
Phone: (908) 964-2485
Email: hmatalon@olenderfeldman.com

Local Counsel for Housing & Healthcare
Finance, LLC and Heartland Bank, a Federal
Savings Bank, Appellees

| | |
|---|---|
| In re:<br><br>710 LONG RIDGE ROAD OPERATING COMPANY II, LLC, *et al.*,<br><br>　　　　Debtors-in-Possession.<br><br>NATIONAL LABOR RELATIONS BOARD, *et al.*,<br><br>　　　　Appellants,<br><br>v.<br><br>710 LONG RIDGE ROAD OPERATING COMPANY II, LLC, *et al.*,<br><br>　　　　Appellees. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY HONORABLE CLAIRE C. CECCHI CASE NO. 2:14-cv-1725 (CCC)**<br><br><br><br>Sat Below:<br>Honorable Donald H. Steckroth<br>Case No. 13-13653 (DHS)<br>Chapter 11<br>(Jointly Administered) |

## ORDER GRANTING ADMISSION PRO HAC VICE

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78 and D.N.J. L.Civ.R.101.1, and good cause having been shown; it is

ORDERED that Bonnie Hochman Rothell be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of -state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and DNJ L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J.L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC," and it is further

ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

WILLIAM T. WALSH, Clerk
Hon. Claire C. Cecchi

Dated: July 15, 2014