

**UNITED STATES GOVERNMENT**
**NATIONAL LABOR RELATIONS BOARD**
**OFFICE OF THE GENERAL COUNSEL**
Washington, D.C. 20003

July 14, 2023

**BY CM/ECF**
Hon. Leda Dunn Wettre
United States Magistrate Judge
United States District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07101

> SO ORDERED.
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> Dated: __August 15, 2023__

Re:  *In re 710 Long Ridge Road Operating Co., LLC, et al.*,
 Consolidated Case No. 2:14-cv-01725-CCC

Dear Judge Wettre:

Pursuant to this Court's oral direction to the parties June 30, 2023, the NLRB files this joint letter containing the parties' proposed schedule for resolving Appellees' pending motion to dismiss the appeals as equitably moot. [ECF No. 19] As a reminder, this Court's prior scheduling orders (most recently [ECF No. 186]) provide for the filing of a declaration from the NLRB (sometimes referred to as the "NLRB Supplemental Declaration") and attached documentary evidence produced during discovery to complete the record on the equitable-mootness issue. Once the record is complete, the parties will then file supplemental briefs and replies on the legal and factual issues presented by Appellees' motion.

Taking into account current availability and workloads of counsel, the parties propose as follows:

August 25: Filing of NLRB Supplemental Declaration

October 6: Filing of supplemental briefs

October 20: Filing of supplemental reply briefs

Hon. Leda Dunn Wettre
July 14, 2023
Page 2

                                        Respectfully,

| | |
|---|---|
| /s/ Ryan Jareck | /s/ Paul A. Thomas |
| Ryan Jareck | Paul A. Thomas |
| | |
| Attorney for Appellees | Attorney for Appellant |
|   Cole Schotz P.C. | National Labor Relations Board |
|   25 Main St. |   Contempt, Compliance, |
|   Hackensack, NJ 07601 |   & Special Litigation Branch |
| |   1015 Half Street, S.E., 4th Floor |
| |   Washington, DC 20003 |

/s/ Ryan Barbur
Ryan Barbur

Attorney for Appellant
New England Health Care Employees Union, District 1199, SEIU
  Levy Ratner, P.C.
  80 Eighth Ave., 8th Fl.
  New York, NY 10011