# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NATIONAL LABOR RELATIONS BOARD,** | : |
| | : Consolidated Case No. |
| Appellant, | : 2:14-cv-01725(CCC) |
| | : |
| v. | : |
| | : Appeal from Bankr. Case No. |
| **710 LONG RIDGE ROAD OPERATING CO. II, LLC, et al.,** | : 13-13653(DHS) |
| | : |
| Appellees | : |

(MEF)

## [~~PROPOSED~~] ORDER

The National Labor Relations Board ("NLRB") has applied for an extension of time to reply to supplemental briefs filed on October 6, 2023. The NLRB requests an extension of time to file reply briefs to October 27, 2023. Appellees do not object to this application.

For good cause shown, it is hereby ORDERED that the time for parties to file their supplemental reply briefs is extended to **October 27, 2023**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/

Hon. Michael E. Farbiarz
United States District Court Judge

Dated: October 11, 2023

1