UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD and NEW ENGLAND HEALTH CARE EMPLOYEES UNION, DISTRICT 1199, SEIU, | ) Consolidated Civil Action No.<br>) 14-1725 (MEF)<br>)<br>) Appeal from Bankr. Case No.<br>) 13-13653 (DHS) |
| Appellants, | |
| v. | |
| 710 LONG RIDGE ROAD OPERATING CO. II, LLC, *et al*., | |
| Appellees. | |

## SUBSTITUTION OF ATTORNEY AND NOTICE OF WITHDRAWAL OF APPEARANCE OF COLE SCHOTZ P.C.

It is hereby stipulated and consented by the undersigned hereto that Glenn Agre Bergman & Fuentes LLP (L. Reid Skibell, Esq.) be substituted as attorneys of record for the Appellees, 710 Long Ridge Road Operating Co. II, LLC, *et al*., in the above-captioned matter, in place of Cole Schotz P.C. (Michael D. Sirota, Esq. and Ryan T. Jareck, Esq.). The undersigned hereby also respectfully requests the withdrawal of appearance of Michael D. Sirota, Esq. and Ryan T. Jareck, Esq.

51689/0002-46250512v1

2

| Withdrawing Attorneys: | Superseding Attorneys: |
|---|---|
| By: /s/ *Michael D. Sirota* <br>     Michael D. Sirota <br>     Ryan T. Jareck <br>     Cole Schotz P.C. <br>     Court Plaza North <br>     25 Main Street <br>     Hackensack, NJ 07602 | By: /s/ *L. Reid Skibell* <br>     L. Reid Skibell <br>     Glenn Agre Bergman & <br>     Fuentes LLP <br>     1185 Avenue of the Americas <br>     22nd Floor <br>     New York, NY 10036 |
| DATED:  10/16/2023 | DATED:  10/16/2023 |

51689/0002-46250512v1