

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD
OFFICE OF THE GENERAL COUNSEL
Washington, D.C. 20003

May 30, 2025

**BY CM/ECF**
Hon. Michael Farbiarz
United States District Judge
United States District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07101

    Re:   *In re 710 Long Ridge Road Operating Co., LLC, et al.*,
           Consolidated Case No. 2:14-cv-01725-CCC

Dear Judge Farbiarz:

    The NLRB respectfully submits this letter regarding pending matters in the above-numbered cases that are ripe for decision by this Court.

    On May 20, 2014, Appellees filed a motion to dismiss the NLRB's appeals in this matter as "equitably moot." [Dkt. 21.] The NLRB opposed that motion on June 23, 2014. [Dkt. 52.] Due to events too voluminous to summarize here (*see, e.g.*, Dkt. 211, at 5-27; Dkt. 253, at 7-9; *see also NLRB v. 710 Long Ridge Road Operating Co., LLC,* Case No. 22-3046 (3d Cir.), Dkt. 23, at 11-20), that motion did not fully ripen for decision until after the Supreme Court's decision in *Harrington v. Purdue Pharma, L.P.*, 144 S. Ct. 2071 (2024).

    Following the issuance of *Harrington*, and by direction of the court, the parties each filed principal letter briefs on July 11, 2024, discussing that case's impact upon Appellees' motion to dismiss this bankruptcy appeal. [Dkt. 275, 276, 277.][1] The parties also each filed reply briefs on July 25, 2024. [Dkt. 280, 281, 282.] Once those reply briefs were filed, Debtors' motion to dismiss the NLRB's appeal became ripe for decision.

    The NLRB is aware that this Court has recently seen a significant increase in time-sensitive litigation. Given that fact, it is incumbent upon the NLRB to take affirmative steps to remind courts of pending issues and ensure that exigent circumstances do not cause ripe matters to escape judicial attention.

---

[1] The NLRB's letter also briefly discussed the effect of *Harrington* on the merits of its appeal. [Dkt. 275, at 3.]

Hon. Michael Farbiarz
May 12, 2025
Page 2

      In that spirit, therefore, the NLRB brings the instant matter to this Court's attention and notes the need for a ruling upon Appellees' motion to dismiss as soon as the practicalities of this Court's busy schedule permit. The NLRB reached out to counsel for Appellees and they take no position on this matter.

      Respectfully,

/s/ Paul A. Thomas
PAUL A. THOMAS

/s/ Matheus Teixeira
MATHEUS TEIXEIRA

Attorneys
National Labor Relations Board
  Contempt, Compliance,
  &amp; Special Litigation Branch
1015 Half Street, S.E., 4th Floor
Washington, DC 20003